JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAHSA PARVIZ,

     Plaintiff,

v.

ENOCH JACKSON et al.,

     Defendants.

Case No. 2:26-cv-00619-SB-KES

ORDER DISMISSING HABEAS CORPUS PETITION AS MOOT

     This Court previously denied Petitioner Mahsa Parviz's ex parte application for a temporary restraining order seeking her immediate release from detention at the Metropolitan Detention Center Los Angeles (MDC) based on allegations that she was raped nearly a month before by the director of the Residential Reentry Center where she was detained prior to MDC. Dkt. No. 6. The Court also denied the request to order specific medical treatment given that it lacked medical expertise or authority to do so. *Id.* at 2. However, given the seriousness of the allegations, the Court ordered a medical evaluation in Parviz's underlying criminal case "to address the medical concerns raised in her petition." *Id.* at 3.

     Respondents timely responded to the order, informing the Court that Parviz was provided with a medical evaluation on December 30, 2025 in response to her allegations of sexual assault. The Court therefore dismisses the petition as moot and directs the clerk to close the case. Dismissal is for administrative convenience only and is without prejudice to Parviz moving to reopen the case within 21 days if she believes in good faith that the petition continues to present a live issue.

Date: March 5, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1